**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding      12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**    KNIJNIK PARTICIPAÇÕES S.A. et al.

2. **Debtor's unique identifier**

    For non-individual debtors:

    ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __

    ☑ Other  16.865.951/0001-63    . Describe identifier  CNPJ    .

    For individual debtors:

    ☐ Social Security number: xxx – xx– __ __ __ __

    ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __

    ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**    Frederico Antonio Oliveira de Rezende

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**    Knijnik Participações S.A. et al., Case No. 1069936-96.2017.8.26.0100

5. **Nature of the foreign proceeding**

    Check one:

    ☑ Foreign main proceeding
    ☐ Foreign nonmain proceeding
    ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

    ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

    ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

    ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

    _____

    _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

    ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

    ☑ Yes

Official Form 401                Chapter 15 Petition for Recognition of a Foreign Proceeding                page 1

Debtor   KNIJNIK PARTICIPAÇÕES S.A. et al.        Case number (if known)_____
         Name

| 8. Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|
| | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

Country where the debtor has the center of its main interests:

Brazil

Debtor's registered office:

100 Alfredo Egidio de Souza Aranha Av.
Number   Street

04726-170
P.O. Box

Sao Paulo                           SP
City        State/Province/Region    ZIP/Postal Code

Brazil
Country

Individual debtor's habitual residence:

_____
Number   Street

_____
P.O. Box

_____
City   State/Province/Region   ZIP/Postal Code

_____
Country

Address of foreign representative(s):

Praça Franklin Delano Roosevelt, 200
Number   Street

Eighth Floor
P.O. Box

Sao Paulo              SP      01303
City   State/Province/Region   ZIP/Postal Code

Brazil
Country

**10. Debtor's website** (URL)  _____

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

| Debtor | KNIJNIK PARTICIPAÇÕES S.A. et al. | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _____/s/ Rezende_____          Frederico A.O. de Rezende
    Signature of foreign representative        Printed name

Executed on  07/23/2019
             MM / DD / YYYY

X _____          _____
    Signature of foreign representative        Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

X _____/s/ Cristina Vicens_____          Date  07/24/2019
    Signature of Attorney for foreign representative        MM / DD / YYYY

Cristina Vicens Beard
Printed name

Sequor Law, P.A.
Firm name

1001 Brickell Bay Drive, Floor 9
Number    Street

Miami                                    FL          33131
City                                     State       ZIP Code

(305) 372-8282                           cvicens@sequorlaw.com
Contact phone                            Email address

111357                                   FL
Bar number                               State

## Supplement to Official Form 401

1. **Debtors' Names:**
   a. Knijnik Participações S.A.
   b. Knijnik Engenharia Ltda.
   c. Knijnik São Paulo Engenharia Integrada Ltda.
   d. Proplan Serviços e Projetos Ltda.
   e. Gabinete Projetos de Engenharia e Arquitetura Ltda.

2. **Debtors' Unique Identifiers**

| Debtor | Identifier (CNPJ) |
| --- | --- |
| Knijnik Participações S.A. | 16.865.951/0001-63 |
| Knijnik Engenharia Ltda. | 04.248.289/0001-13 |
| Knijnik São Paulo Engenharia Integrada Ltda. | 15.411.524/0001-42 |
| Proplan Serviços e Projetos Ltda. | 51.205.706/0001-20 |
| Gabinete Projetos de Engenharia e Arquitetura Ltda. | 19.605.633/0001-06 |